**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RACHAEL BAILEY, HILLARY MAGUIRE and DIANE KNEPP, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs<br><br>v.<br><br>DENNY'S BEER BARREL PUB, INC. d/b/a DENNY'S BEER BARREL PUB, DENNIS F. LIEGEY, SR. and DENNIS F. LEIGEY, JR.,<br><br>        Defendants | Case No. 3:17-cv-00142<br><br>Judge Gibson |

DATE OF NOTICE:
**[DATE]**

**TO:**   **[CLASS MEMBER NAME]**

**COLLECTIVE ACTION SETTLEMENT NOTICE**

You are receiving this Notice because you may be entitled to money from a settlement with Denny's Beer Barrel Pub, Inc. d/b/a Denny's Beer Barrel Pub, Dennis F. Liegey, Sr. and Dennis F. Liegey, Jr. involving claims that the company failed to properly pay wages to certain employees from August 4, 2015 until August 4, 2017 (the "FLSA Class").

**YOU MUST TAKE ACTION TO RECEIVE PAYMENT UNDER THE SETTLEMENT.**

**THIS NOTICE AFFECTS YOUR RIGHTS.  PLEASE READ IT CAREFULLY.**

Notice is hereby given that a proposed Settlement Agreement and Release of Claims ("Settlement") of the collective action lawsuit entitled *Rachael Bailey, Hillary Maguire and Diane Knepp, individually and on behalf of all others similarly situated* v. *Denny's Beer Barrel Pub, Inc. d/b/a Denny's Beer Barrel Pub, Dennis F. Liegey, Sr. and Dennis F. Liegey, Jr.* (the "Litigation") has been reached and has been approved by the United States District Court, Western District of Pennsylvania (the "Court").

Your award under the terms of the settlement, is based on the amount of tips you contributed to the tip pool and/or hours you were required to work in excess of forty (40) hours per week without being paid at overtime rates between August 4, 2015 and August 4, 2017.

### A.     PURPOSE OF THIS NOTICE

This Notice is to inform you how to receive money that you are entitled to under the settlement of a collective action lawsuit alleging that Denny's Beer Barrel Pub, Inc. d/b/a Denny's Beer Barrel Pub, Dennis F. Liegey, Sr. and Dennis F. Liegey, Jr. (collectively "Denny's") violated the Fair Labor Standards Act ("FLSA") by failing to pay certain employees for tips and for certain overtime hours worked.  Denny's records show that you may be due tips and/or overtime wages for work performed during the class period.  ***To receive any money under the Settlement, you must complete the Consent to Join form and return it to the Settlement Administrator as set forth below.***

### B.     DESCRIPTION OF THE LITIGATION

Plaintiff contends that, under the FLSA, employees of Denny's who contributed to the tip pool and/or were required to work more than forty (40) hours per week without being paid at overtime rates between August 4, 2015 and August 4, 2017, are owed additional wages.

Denny's strongly denies all liability for such claims and has asserted a number of factual and legal defenses to Plaintiffs' claims.  Nonetheless, without admitting any liability and in the interest of resolving this dispute, Denny's has entered into the Settlement.  The Court has made no ruling on the merits of Plaintiffs' claims or Denny's defenses.  However, the Court has approved the proposed Settlement and conditionally certified the case as a collective action.

### C.     YOUR OPTIONS

Denny's records indicate you are a member of the Class and are therefore entitled to participate in the Settlement.  You have two options in responding to this Notice:

1. **To receive money from the Settlement, you must complete the Consent to Join form and return it postmarked no later than [45 days from mailing date], to the following:**

   **McCarthy Weisberg Cummings, P.C.**
   **2704 Commerce Drive, Suite B**
   **Harrisburg, PA 17110**

2. **If you do not complete and return the Consent to Join form, you will not be part of the Settlement or the lawsuit, you will not receive money from the Settlement, and the lawsuit and Settlement will have no effect on you.  Because of the statute of limitations applicable to the case, and because you have not opted-in to the litigation, if you do not join this Settlement you may lose any right you may have to recover in the future for any claim you may have for all or part of any alleged unpaid wages during the relevant time period.**

### D. SUMMARY OF PRINCIPAL TERMS OF THE SETTLEMENT

**1. Settlement Terms.** This settlement provides that Denny's will stipulate to certification of a collective action for the FLSA claims for settlement purposes, and shall pay up to $195,000.00 (the "FLSA Settlement Fund") to settle the claims of FLSA Class Members who consent to join. Eligible employees who complete and timely return the Claim Form and Release will receive a portion of the FLSA Settlement fund, calculated based on the calculated tip credit and proportional tip out due to each Class Member. Each Class Member's proportionate share of the Settlement Fund will be determined based upon these factors, and the Settlement Fund will then be apportioned accordingly, in an amount not less than the amount stated at the top of this Notice.

**2. Class Member Taxes.** All distributions to Class Members will be deemed wages and reported on a W-2 Form. Payments that are issued to Class Members shall reflect all applicable withholdings and previously authorized deductions. Nothing contained in this Notice or in the Settlement is intended as or should be interpreted as providing tax advice. Class Members should consult their tax advisors concerning the tax consequences of any payment they receive.

The administrative costs associated with this settlement, including the cost of notice, claims administration, and any other costs of settlement, shall be paid from the FLSA Settlement Fund. Class Counsel will apply to the Court for attorneys' fees in an amount not to exceed 33 1/3% of the FLSA Settlement Fund and up to $2,000 in out-of-pocket costs and expenses, to be paid from the FLSA Settlement Fund.

Plaintiffs will apply for an Incentive Award of $3,500 for Lead Plaintiff Rachel Bailey and $2,500 each for Lead Plaintiffs Hillary Maguire and Diane Knepp for their time and effort prosecuting the litigation, to be paid from the FLSA Settlement Fund.

**3. Release.** The Settlement provides that each person who completes and returns the Consent to Join form and receives his/her settlement check waives and releases Denny's and its related entities and persons from all Released Claims. Release Claims, as defined in the Settlement Agreement, means any and all wage and hour and wage payment claims of whatever nature, which a Class Member may have against any of the Released Entities, as defined in paragraph 1.13 of the Settlement Agreement, whether known or unknown, as a result of any action or omission committed any time on or before the date of the Court's approval of the Settlement Agreement, whether under federal, state, and/or local law, statute, ordinance, regulation, common law (including conversion and/or unjust enrichment), or other source of law, including but not limited to the FLSA, the Pennsylvania Minimum Wage Act, and the Pennsylvania Wage Payment and Collection Law, all as amended, including any and all claims for unpaid overtime compensation, minimum wages, other wages, expenses, liquidated damages, premium pay, interest, attorneys' fees, injunctive relief, or penalties related to overtime, minimum wages, expenses, and other alleged wage and hour violations.

**4. No Admission of Liability.** Denny's denies any wrongdoing or liability. The Settlement reflects a compromise of disputed claims and does not mean that Denny's or any of its related entities violated any state or federal wage requirements or are liable for the same.

### E.       ADDITIONAL INFORMATION

This Notice only summarizes the lawsuit, the Settlement, and related matters. For more information, you may contact Plaintiffs' Counsel: Derrek W. Cummings or Larry A. Weisberg at the law firm of McCarthy Weisberg Cummings, P.C., 2704 Commerce Drive, Suite B, Harrisburg, PA 17110 (Tele: 855-716-2367).

**PLEASE DO NOT CALL OR WRITE THE COURT ABOUT THIS NOTICE.**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHAEL BAILEY, HILLARY MAGUIRE and DIANE KNEPP, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs<br><br>v.<br><br>DENNY'S BEER BARREL PUB, INC. d/b/a DENNY'S BEER BARREL PUB, DENNIS F. LIEGEY, SR. and DENNIS F. LEIGEY, JR.,<br><br>      Defendants | Case No. 3:17-cv-00142<br><br>Judge Gibson |

## **CONSENT TO JOIN COLLECTIVE ACTION**

      I hereby consent to be a party plaintiff in the foregoing action. I understand that this lawsuit seeks unpaid compensation that may be owed to me and that by joining this lawsuit I will become a plaintiff. By joining this lawsuit, I designate the Named Plaintiffs as my representatives and, to the fullest extent possible, to make decisions on my behalf concerning the case, the method and manner of conducting the case, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, the approval of settlements, and all other matters pertaining to this lawsuit. I understand I will be bound by any ruling, settlement or judgment, whether favorable or unfavorable. I consent and agree to settle my claims alleging unpaid overtime work and/or minimum wages in connection with the above-referenced lawsuit. I choose to be represented by the law firm McCarthy Weisberg Cummings, P.C., and other attorneys with whom they may associate.

Date:_____      _____
                                                                                 **[PRINTED NAME]**

**Return this completed form to:**
**McCarthy Weisberg Cummings, P.C.**
**2704 Commerce Drive, Suite B**
**Harrisburg, PA 17110**