UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHAEL BAILEY, HILLARY MAGUIRE and DIANE KNEPP, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs<br><br>v.<br><br>DENNY'S BEER BARREL PUB, INC. d/b/a DENNY'S BEER BARREL PUB, DENNIS F. LIEGEY, SR. and DENNIS F. LIEGEY, JR.,<br><br>    Defendants | Case No. 3:17-cv-00142<br><br>Judge Gibson |

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of Plaintiffs' Unopposed Motion to Approve Collective Action Settlement and Attorney Fees with Memorandum in Support, the accompanying and fully executed Settlement Agreement and Release of Claims, and all other papers and proceedings herein, it is hereby ORDERED that:

1. The Motion is **GRANTED**, and the accompanying Settlement Agreement is **APPROVED** as a fair and reasonable resolution of this action under Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA").

2. The following class is certified, for settlement purposes only, pursuant to Section 16(b) of the FLSA:

> all persons employed by Denny's Beer Barrel Pub, Inc. d/b/a Denny's Beer Barrel Pub ("Denny's") during the applicable statute of limitations period of August 4, 2015 through August 4, 2017, who contributed tips to the tip pool and/or were required to work

more than forty (40) hours per week without being paid at overtime rates.

3. The Parties shall proceed and provide the Notice to the Class Members, in accordance with the terms of their Settlement Agreement.

4. The opt-in period for this matter shall conclude forty-five (45) days from the date of on which the Opt-In Forms and Notices are mailed to the Class Members, as confirmed by the postmark on the return envelopes.

4. The law firm of McCarthy Weisberg Cummings, P.C. is appointed as lead counsel for purpose of representing Named Plaintiffs and all settlement participants during any and all further proceedings to the settlement.

5. The action is **DISMISSED WITH PREJUDICE AS SETTLED**, although this Court retains jurisdiction over this action for purposes of overseeing any disputes arising from the implementation, administration, or enforcement of the settlement terms.

6. All Participating Settlement Class Members, including the Named Plaintiffs, are permanently barred from prosecuting any of the Released Claims against any Released Entities, as those terms are defined in the Parties' Settlement Agreement.

BY THE COURT:

_____
United Stated District Judge